Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock TX 79424
(806) 748-1980 Phone
(806) 748-1956 Fax

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
JOHN FRITZ SELF                               CASE NO.:   08-70473-HDH-13
PAIGE DEAN SELF                               DATED:      June, 03 2013
DEBTOR(S)

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee files this Notice of Final Cure Payment and provides to the creditor listed below that the amount required to complete the term of the plan has been received by the Trustee.

**Final Cure Amount**

| Creditor Name | Last 4 of Acct# | Claim Asserted | Claim Allowed | Amount Paid P and I |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS INC | | | | |
| HOME ARREARS THRU 11/08 | 2437 | $7,140.59 | $7,140.59 | $9,091.60 |
| COUNTRYWIDE HOME LOANS INC | | | | |
| DIRECT PMTS BEGIN 12/08 | 2437 | $68,507.14 | $68,507.14 | $0.00 |
| US DEPARTMENT OF HUD C/O DEVAL LLC | | | | |
| 2ND LIEN MORTGAGE - 106 CUTTER COVE / PAID DIRECT | 6585 | $9,755.46 | $9,755.46 | $0.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:   ____ Through the Chapter 13 Trustee Conduit     __X__ Direct by the Debtor(s)

Within 21 days of service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), Debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistant with 11 U.S.C. 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee

**Certificate of Service**

I hereby certify that a true copy of the foregoing NOTICE OF FINAL CURE PAYMENT was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on June, 03 2013.

JOHN FRITZ SELF & PAIGE DEAN SELF 106 CUTTER COVE  WICHITA FALLS TX 76308
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
LINEBARGER GOGGAN BLAIR & SAMPSON 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE STE 1120  MIAMI FL 33131
ASCENSION CAPITAL GROUP PO BOX 201347  ARLINGTON TX 76006
COUNTRYWIDE HOME LOANS INC 7105 CORPORATE PTX B 209 PLANO TX 75024
BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056

US DEPARTMENT OF HUD C/O DEVAL LLC 1255 CORPORATE DRIVE #300 IRVING TX 75038

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee